# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :        06-CR-089 (RDM)

NIZAR TRABELSI                  :

## DECLARATION OF ASMA BERROU

1. I am Nizar Trabelsi's companion. I have provided him with emotional and mental support through our communications, particularly through telephone and video calls, since his extradition to the United States in 2013.

2. I understand that Mr. Trabelsi is jailed in administrative segregation, which is solitary confinement. Mr. Trabelsi has conveyed to me his frustrations and agony with the conditions of his confinement. I have also observed through the nature and content of our conversations over the years how solitary confinement has damaged his mental and emotional health.

3. I understand that Mr. Trabelsi's communications are governed by Special Administrative Measures ("SAMs"), and I agreed to abide by these provisions and restrictions. I have signed the attached Affirmation of the SAMs.

4. I hereby reaffirm my agreement to abide by the provisions of the SAMs. Specifically, I acknowledge the restrictions that my communications with Mr. Trabelsi may not be overheard by a third party, may not be in any manner forwarded or transmitted to a third party, may not be divulged in any manner to a third party, and may not be in any manner recorded or preserved.

5. I am aware of these restrictions and I agree that I will not forward any communications with Mr. Trabelsi to any third party, regardless of any desire Mr. Trabelsi may make to communicate to third parties public information about his case, public information about Islam, information about Mr. Trabelsi's conditions of confinement and related physical and mental suffering, or any other information.

6. I respectfully request that the Court permit me to communicate by phone and video with Mr. Trabelsi, so that I may continue to be a great source of support to him before and during his upcoming trial.

The foregoing has been read to me in French, and I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 03/07/2019

_____
Asma Berrou

2

TRIBUNAL FEDERAL DES ÉTATS-UNIS
POUR LE DISTRICT DE COLOMBIE

ÉTATS-UNIS D'AMÉRIQUE

v.                                                                                          06-CR-089 (RDM)

NIZAR TRABELSI

### DÉCLARATION D'ASMA BERROU

1.      Je suis la compagne de Nizar Trabelsi. Depuis son extradition vers les États-Unis en 2013, je lui ai apporté un soutien affectif et mental par le biais de nos communications, en particulier par téléphone et par vidéoconférence.

2.      Je comprends que M. Trabelsi est incarcéré en isolement préventif, c'est-à-dire en isolement cellulaire. M. Trabelsi m'a fait part de ses frustrations et de son agonie face aux conditions de son emprisonnement. J'ai également observé, par la nature et le contenu de nos conversations au fil des ans, à quel point l'isolement cellulaire a nui à sa santé mentale et émotionnelle.

3.      Je comprends que les communications de M. Trabelsi sont régies par des mesures administratives spéciales ("SAMs"), et j'ai accepté de respecter ces dispositions et restrictions. J'ai signé l'Affirmation des SAMs ci-jointe.

4.      Par la présente, je réitère mon engagement à respecter les dispositions des SAMs. Plus précisément, je reconnais les restrictions selon lesquelles mes communications avec M. Trabelsi ne doivent pas être entendues par un tiers, ne doivent pas être transférées ou transmises à un tiers, ne doivent pas être divulguées de quelque manière que ce soit à un tiers et ne doivent pas être enregistrées ou conservées d'aucune manière.

5.      Je suis au courant de ces restrictions et je conviens que je ne transmettrai aucune communication avec M. Trabelsi à un tiers, quel que soit le désir de M. Trabelsi de communiquer à des tiers des renseignements publics sur son cas, des renseignements publics sur l'Islam, des renseignements sur les conditions de détention de M. Trabelsi et les souffrances physiques et mentales connexes, ou toute autre information.

6.  Je demande respectueusement à la Cour de m'autoriser à communiquer par téléphone et par vidéo avec M. Trabelsi, afin que je puisse continuer à lui apporter un grand soutien avant et pendant son prochain procès.

Ce qui précède m'a été lu en français et je déclare, sous peine de parjure, que ce qui précède est vrai et exact au meilleur de ma connaissance et de mes convictions.

Exécuté le : 09/07/2019

_____
Asma Berrou

Affirmation

By signing below, I acknowledge receipt of the SAM restrictions document for Nizar Trabelsi, dated October 25, 2018. By signing the affirmation, I acknowledge my awareness and understanding of the SAM provisions and my agreement to abide by these provisions, particularly those that relate to contact between the inmate and family. The signing of the affirmation does not serve as an endorsement of the SAM or the conditions of confinement, and does not serve to attest to any of the factors set forth in the conclusions supporting the SAM. However, in signing the affirmation, I acknowledge the restriction that I will not forward third-party messages to or from the inmate.

_____
[signature]

Asma Berrou
_____

[date] 03/07/2019