

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 7, 2013

<u>Hand Delivery</u>
Mary Manning Petras, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

    Re:    <u>United States v. Nizar Trabelsi Crim. No. 06-089 (RWR)</u>

Dear Counsel:

To assist you in preparing for trial in this case, and pursuant to Rule 16 of the Fed. R.

Crim. Proc., enclosed please find a DVD containing your client's statements to FBI Special

Agents, over the course of approximately five hours, during his flight to the United States on

October 3, 2013.

                Sincerely,

                RONALD C. MACHEN JR.
                UNITED STATES ATTORNEY

                JONATHAN M. MALIS
                Assistant United States Attorney
                Phone: (202) 252-7806

1

OPHER SHWEIKI
Assistant United States Attorney
Phone: (202) 252-1751

MARA KOHN
Trial Attorney
United States Department of Justice
Phone: (202) 532-4592