FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

### FEDERAL BUREAU OF INVESTIGATION

Date of entry _____06/27/2019_____

Habib Benamore, telephone number [redacted] was interviewed using a secure video teleconference at the United States Embassy in Rabat, Morocco. The interview was conducted by AUSA Thomas Saunders, AUSA John Cummings, SA Dana E. Houston, and SA Rachel F. Otto. After being advised of the identities of the interviewers and the nature of the interview, Benamore provided the following information:

Benamore advised he would be available to travel to Washington, D.C. in September 2019.

Benamore recalled details about Nizar Trabelsi's (Trabelsi) transfer of custody from Belgian to United States custody.  Benamore recalled details about when the Belgium Police arrived on the tarmac, and how Trabelsi was taken out of the Belgium Police vehicle.  Trabelsi was handcuffed when he was taken out of the Belgium Police vehicle and Trabelsi had something blocking his vision so he could not see; additionally, when Trabelsi was taken out of the Belgium Police vehicle Trabelsi wanted to urinate and he did this in his pants.  At this time Benamore recalled that Trabelsi was screaming that he was being kidnapped and he wanted to speak with his lawyer.

Benamore had previously met Trabelsi at interviews in Belgium.  Benamore could not recall the dates of these interviews.

Trabelsi never referenced, spoke, or made gestures he recognized Benamore at the time of the foreign transfer of custody (FTOC).  Benamore was on the airplane when the Belgium Police removed gear they had put on Trabelsi.

Benamore was present on the tarmac when the Belgium Police car brought Trabelsi to the tarmac.  Benamore saw how Trabelsi was taken out of the police vehicle.  Benamore did not hear whether Trabelsi knew he was being

UNCLASSIFIED//FOUO

---

| | | |
|---|---|---|
| Investigation on 06/20/2019 at | Washington, District Of Columbia, United States (, Other (SVTC)) | |
| File # [redacted] | | Date drafted 06/21/2019 |
| by OTTO RACHEL F | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  (U)  Interview of Habib Benamor , On  06/20/2019 , Page   2 of 3

transferred to American custody.  Benamore was standing by the plane when United States Agents took custody of Trablesi and brought Trabelsi onto the plane.  Benamore did not recall what clothes Trabelsi was wearing when Trabelsi was brought on the plane.  Benamore sat across from Trabelsi on the plane.

On the tarmac Trabelsi said he wanted to go to the Human Rights court and he wanted to speak with his attorney.  Everything Trabelsi said during the FTOC was spoken in French and Benamore translated statements he heard. Trabelsi stated his case was still being discussed by the Human Rights Court in Brussels.  Benamore thought Trabelsi wanted a lawyer to discuss Trabelsi's case in Belgium.

Benamore thought the Belgium police handed Trabelsi to two Hostage Rescue Team (HRT) or Fly Team members.  Benamore did not hear this interaction.

Benamore recalled that on the plane SA Michael O'Callaghan (O'Callaghan) told Trabelsi he had been transferred to United States custody.  The first time Benamore recalled hearing someone tell Trablsi he had been transferred to United States custody was when O'Callaghan spoke with Trabelsi on the plane.

Benamore did not hear Trabelsi ask for a lawyer to discuss Trabelsi's United States case.

Benamore thought the Fly Team was on the tarmac during the FTOC. Benamore did not recall a conversation taking place between the Fly Team and Trabelsi.  Benamore recalled that the Legat was present on the tarmac during the FTOC.  Benamore did not recall a conversation taking place between the Legat and Trabelsi.  Benamore could not recall if O'Callaghan was on the tarmac.  Benamore could not recall if Belgium Police spoke with Trabelsi on the tarmac.

Trabelsi was wearing something covering his ears when he was on the tarmac.

Benamore translated what Trabelsi was yelling on the tarmac.  Benamore did not recall who he provided the translations, or who was present when Benamore translated what Trabelsi was saying.

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U)  Interview of Habib Benamor _____ , On  06/20/2019 , Page  3 of 3

Trabelsi yelled he was being kidnapped and that Trabelsi's case was at the European Court of Human Rights.

Benamore was standing by the plane, approximately 150 feet from the Belgium Police vehicle, at the time Trabelsi was taken out of the Belgium Police vehicle.

Benamore remembered Trabelsi had something covering his eyes, ears and Trabelsi was handcuffed when he exited the car.

Benamore heard Trabelsi yell the phrase this is a kidnapping.

Benamore saw the Belgian's walk Trabelsi toward the plane.

Trabelsi said a decision was made by the European court.

Benamore did not recall if Trabelsi asked to speak with an advocate, advisor, or lawyer.  Benamore did not hear any reference to Trabelsi saying anything about a lawyer on the tarmac.

Benamore could not recall the name of the Legat or if the Legat spoke French.  Benamore recalled the Legat was a man.

Trabelsi urinated between the plane and the Belgium police vehicle. Trabelsi did not say he needed to use the bathroom, he just started urinating.

Benamore thought Trabelsi's clothes may have been changed because Benamore did not recall Trabelsi smelling while on the plane.

After reflecting, Benamore did not recall Trabelsi talking about wanting a lawyer on the tarmac.  Benamore did remember Trabelsi yelled he was being kidnapped, and that a decision had been made by the European court.

Benamore did not take notes during the FTOC.

AUSA Saunders provided Benamore with an update on the status of Trabelsi's case and the scheduled trial date of September 9, 2019.

**UNCLASSIFIED//FOUO**